27 A.3d 947

EDWARD NICHOLAS AND TRACY NICHOLAS, PLAINTIFFS–RE-
SPONDENTS, v. DR. CHRISTOPHER MYNSTER, DEFENDANT–
MOVANT, AND DR. REKHA SEHGAL, ET AL., DEFENDANTS.

September 9, 2011.

ORDERED that the motion for leave to appeal is granted.

27 A.3d 947

EDWARD NICHOLAS AND TRACY NICHOLAS, PLAINTIFFS–RE-
SPONDENTS, v. DR. CHRISTOPHER MYNSTER, DEFENDANT,
AND DR. REKHA SEHGAL, ET AL., DEFENDANTS–MOVANTS.

September 9, 2011.

ORDERED that the motion for leave to appeal is granted.

27 A.3d 947

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. DEREK
J. KALTNER, DEFENDANT–RESPONDENT.

September 9, 2011.

ORDERED that the motion for leave to appeal is granted.